## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: ROCHNEY TELFORT (J) | CASE NO: 00-4291-SNOW (Johnson) |
| AUSA: DUTY / Nicholson | ATTY: Robin Farnworth |
| AGENT: CUSTOMS | VIOL: CONSP IMPORT COCAINE |
| PROCEEDING: I/A ON COMPLAINT | RECOMMENDED BOND: PTD |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: FPD |
| BOND SET @: | To be cosigned by: |

FILED by DC
DEC 11 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Advised of charges
sworn for appt'm't
of Counsel

set for PTD + arr.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 12-15 | 10:30 | Snow | |
| PRELIM/ARRAIGN. OR REMOVAL: | 12-26 | 11 | Seltzer | |
| STATUS CONFERENCE: | | | | |

DATE: 12/11/00   TIME: 11:00   FTL/LSS TAPE # 00 - 065   Begin 2000   End 2181