# UNITED STATES DISTRICT COURT
## Southern District of Florida

CO-9291 Snow

| UNITED STATES OF AMERICA<br>Plaintiff<br><br>V.S.<br><br>Rodney Telefort<br>Defendant | Case Number: CR _____<br><br>REPORT COMMENCING<br>CRIMINAL ACTION<br><br>55579-004 |

TO: Clerk's Office   Miami   **Ft. Lauderdale**   W. Palm Beach
U.S. District Court   (Circle One)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or unknown will be indicated "N/A"

(1) Date and Time of Arrest: 12/9/00   5:25 am

(2) Language Spoken: English

(3) Offense(s) Charged: 21USC952-UNLAWFUL IMPORTATION OF NARCOTICS
   21USC841(A) - POSS. W/H INTENT TO DISTR. NARCOTICS

(4) U.S. Citizen   ( ) Yes   (✓) No   ( ) Unknown

(5) Date of Birth: 06-15-81

(6) Type of Charging Document: (Check One)
   ( ) Indictment   (✓) Complaint   **To be filed**/Already filed

CASE# _____
   ( ) Bench Warrant for Failure to Appear
   ( ) Probation Violation Warrant
   ( ) Parole Violation Warrant

Originating District: S/FLA
COPY OF WARRANT LEFT WITH BOOKING OFFICER ( ) YES   ( ) NO

Amount of Bond: $ PTD   Who set Bond: _____
(7) Remarks: Snow

(8) Date: 12/9/00   (9) Arresting Officer: Outlaw, Jeff
(10) Agency: U.S. CUSTOMS SERVICE  (11) PHONE: 954-9?1-5???
(12) Comments: _____