RNN/m

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: **00-6352**

21 USC §841
21 USC §952

**CR-ZLOCH**

UNITED STATES OF AMERICA    )
                            )
    Plaintiff,              )       **MAGISTRATE JUDGE**
                            )            SELTZER
vs.                         )
                            )
ROCHNEY TELFORT,            )
                            )
    Defendant.              )
                            )
_____)

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about December 7, 2000, at Broward County, in the Southern District of

Florida, the defendant,

### ROCHNEY TELFORT,

did knowingly and intentionally import into the United States, from a place outside thereof, a

Schedule II controlled substance, that is, at least 500 grams of a mixture and substance

containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section

952(a), 960(a)(1) and (b)(2).



## **COUNT II**

On or about December 7, at Broward County, in the Southern District of Florida, the defendant,

ROCHNEY TELFORT,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, at least 500 grams of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

A TRUE BILL

FOREPERSON

GUY A. LEWIS
UNITED STATES ATTORNEY

ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY

)-cr-06352-WJZ Document 5 Entered on FLSD Docket 12/14/2000 Pa

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| ROCHNEY TELFORT | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)     Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

___ Miami  ___ Key West
_X_ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) __NO__
   List language and/or dialect _____

4. This case will take _2-3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                           (Check only one)

   I    0 to 5 days       _X_      Petty      ___
   II   6 to 10 days      ___      Minor      ___
   III  11 to 20 days     ___      Misdem.    ___
   IV   21 to 60 days     ___      Felony     _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) _Yes_
If yes:
Magistrate Case No. __00-4291-LRJ__
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _12/9/00_
Defendant(s) in state custody as of _____
Rule 20 from the _____     District of _____

Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No   If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 933991

*Penalty Sheet(s) attached

REV.6/27/00

REV.6/27/00

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## **PENALTY SHEET**

Defendant's Name: ROCHNEY TELFORT    No.:_____

Count #I (21:952) Importation of cocaine;
Max Penalty:    Five year mandatory minimum and 40 years' maximum imprisonment;

$2,000,000 fine


Count #2 (21:841) Possession w/intent to distribute cocaine
*Max Penalty:  Five year mandatory minimum and 40 years' maximum imprisonment;

$2,000,000 fine