```
                              UNITED STATES DISTRICT COURT

                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 00-6352-CR-ZLOCH
  UNITED STATES OF AMERICA

         vs

                              ARRAIGNMENT INFORMATION SHEET
  ROCHNEY TELFORT
```

FILED by D.C. DEC 15 2000 CLARENCE MADDOX S.D. OF FLA. FT. LAUD.

    The above named Defendant appeared before Magistrate Judge Lurana S. Snow on DECEMBER 15, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

```
    DEFENDANT:           Address:__CUSTODY_____
                         _____

                         Telephone:_____
    DEFENSE COUNSEL:     Name:____FPD - Daryl Wilcox_____
                         Address:_____
                         _____

                         Telephone:_____
    BOND SET/CONTINUED:  $_____
Bond hearing held: yes____ no____ Bond hearing set for_____
Dated this__15TH__day of __DECEMBER_____,2000.

                                  CLARENCE MADDOX
                                  COURT ADMINISTRATOR/CLERK OF COURT

                                  By:___Penny Butler_____
                                     Deputy Clerk
                                  Tape No.___00-066_____

cc: Copy for Judge
    U. S. Attorney
```