**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | | | |
|---|---|---|---|
| DEFT: | ROCHNEY TELFORT (J) | CASE NO: | 00-6352-CR-ZLOCH |
| AUSA: | ROBERT NICHOLSON  pres | ATTY: FPD | Daryl Wilcox |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD/ARRAIGNMENT | RECOMMENDED BOND: | PTD |

BOND HEARING HELD - yes / no            COUNSEL APPOINTED:
BOND SET @: 50,000 CSB w/Nebbia   To be cosigned by:

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Gov't proceeded by proffer
No cross

PTD denied
Bond set

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 1-5 | 11 | Snow | |

DATE: 12/15/00   TIME: 10:30   FTL/LSS TAPE # 00 - 066   Begin 2268   End 2973