HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

FILED by _____ D.C.
JAN - 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

DEFT __MANUEL JORGE_____ CASE NO: __97-6071-CR-ZLOCH__
AUSA __JEFFREY KAY / Nicholson__ ATTY FPD __Biaute for Snyger__
_to be a plea_                                     _cr-od_
                                                   _e 6.76_

DEFT __ROCHNEY TELFORT_____ CASE NO: __00-6352-CR-OCH__
AUSA __ROBERT NICHOLSON__ pro    ATTY FPD __Biaute for Weler__
_disc out_
_to be a plea_                                     _e 6.90_

DEFT __MOHAMMED BRAISH_____ CASE NO: __00-6366-CR-DIMITROULEAS__
AUSA __ROBERT NICHOLSON__ pro    ATTY FPD __Biaute for Snyger__
_disc out - not read_                              _e 6.99_
_govt ready - trial out aa -1-19_
DEFT _____ CASE NO: _motions due then_
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DEFT _____ CASE NO: _____
AUSA _____ ATTY _____


DATE __1-5-01_____ TIME __11:00_____

/15