UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6352-CR-ZLOCH

UNITED STATES OF AMERICA,       :

    Plaintiff,       :

v.       :

ROCHNEY TELFORT,       :

    Defendant.       :
_____

**STATUS REPORT**

A status conference was held in this cause on January 5, 2001. At that conference, the parties informed the Court as follows:

    1.  Discovery has been provided.

    2.  This case likely will be resolved by way of a plea.

DATED at Fort Lauderdale, Florida, this _____ day of January, 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Robert Nicholson (FTL)
AFPD Daryl Wilcox (FTL)