UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6352-CR-ZLOCH



UNITED STATES OF AMERICA

    v.                        NOTICE

ROCHNEY TELFORT

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                              COURTROOM A
299 E. BROWARD BLVD.                DATE & TIME:
FT. LAUDERDALE, FL 33301            January 29. 2001 at 1:30 PM

**CHANGE OF PLEA  - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT


BY DEPUTY CLERK

DATE: January 17, 2001

cc:
Robert Nicholson, Esq., AUSA
Daryl Wilcox, Esq., AFPD

