UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by _____ D.C.
JAN 30 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6352-Cr-Zloch    DATE 1-30-01
CLERK Carlise Newby    REPORTER Carl Schanzlee
PROBATION    INTERPRETER

UNITED STATES OF AMERICA v. Rodney Telfort

U. S. ATTORNEY Robert Nicholson    DEFT COUNSEL Daryl Wilcox

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1 -

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 4-23-01 TIME 11:00 FOR Sentencing

MISC Written Plea Agreement —

20