UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

APR 23 2001

CASE NUMBER 00-6352-CR-ZLOCH DATE 4-23-01

CLERK Carline Newby    REPORTER Carl Schanzlek

PROBATION Tracey Webb    INTERPRETER

UNITED STATES OF AMERICA v. Rochney Telfort

U. S. ATTORNEY Robert Nicholson DEFT COUNSEL Daryl Wilcox

DEFENDANT: (PRESENT)    NOT PRESENT    ON BOND    (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Deft's mtn for minor Role
granted - Ct 1 - 30 months custody of BOP
3 yrs Supervised Release - $100 assessment.
Upon completion of imprisonment be
JUDGMENT Surrendered to INS for deportation -
If deported - Not Reenter w/o prior
express permission of A.G. - Non-Reporting
if deported - Drug/Alcohol treatment

CASE CONTINUED TO _____ TIME _____ FOR _____
program - FTD approved for
MISC Appeal - Ct Recommends facility
to provide vocational or technical training -
Ct 2 dismissed -

23